AARON BLOCH, Appellant, v. FRAAM MACHINE PARTS MFG. CO., INC., et al., Defendants, and JACOB DYNER, Respondent.— Order denying plaintiff's motion for summary judgment against defendant Jacob Dyner unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted on the ground that there are no triable issues of fact. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, v. 1165 FIFTH AVENUE CORPORATION et al , Defendants, and EMORY REALTY CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 999.]

In the Matter of FREDERIC E. KNAUSS, Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Estate of ELIZA B. DEUTSCH, Deceased. JAY B. DEUTSCH, as Administrator of the Estate of ELIZA B. DEUTSCH, Deceased, Appellant; PERCY L. DEUTSCH, Respondent.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [186 Misc. 446.]

In the Matter of the Arbitration between HYMAN HURWITZ, Respondent, and ARCHIE I. THURMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Probate of the Will of XENOPHON L. MAVROIDI, Deceased. MARTIN J. LYONS, JR., Respondent, EUTHALIA P. GERAKIS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EMILY SCHMIDT, Respondent, v. GEORGE H. SCHMIDT, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GEORGE LEVY, Appellant, v. VAN DORN HOTEL CORPORATION, Respondent.— Order unanimously modified by allowing an examination as to items 4, 5, 6, 7 and 10 of the notice of motion, and as so modified affirmed, with $20 costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MARIANNE DE GRAFF MONROE, Respondent, v. ROBERT A. MONROE, Appellant. — Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

IRVING TRUST COMPANY, as Trustee under Mortgage Indenture of FIFTEEN PARK ROW CORPORATION, Dated as of May 1, 1932, Respondent, v. FIFTEEN PARK ROW CORPORATION et al., Respondents. ROBERT HAGENOW, Bondholder-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 999.]

FLORENCE JURIST, Appellant, v. ANNA LEVANDER et al., as Executors of SAMUEL URIS, Deceased, Defendants, and ANNA URIS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.